IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RAYMOND SAUNDERS,

    Petitioner,

v.

WARDEN E. EMMERICH,

    Respondent.

ORDER

Case No. 25-cv-69-wmc

---

    Petitioner Raymond Saunders seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than February 24, 2025. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately July 30, 2024 through the date of the petition, January 30, 2025.

ORDER

    IT IS ORDERED that:

    1. Petitioner Raymond Saunders may have until February 24, 2025, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.     If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before February 24, 2025, I will assume that petitioner wishes to withdraw this petition.

Entered this 3rd day of February, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge